IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL PRIMACK, ) | |
| on behalf of himself and a class, ) | |
| ) | Case No.: 14-cv-9333 |
| Plaintiff, ) | |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| SANTANNA NATURAL GAS ) | Magistrate Judge Young B. Kim |
| CORPORATION d/b/a SANTANNA ) | |
| ENERGY SERVICES and JOHN DOES ) | |
| 1-10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Merrill Primack, and Defendant, Santanna Natural Gas Corporation d/b/a Santanna Energy Services, hereby notify the Court that they have settled all issues in the case. The parties anticipate filing a document within forty-five days dismissing the matter. The parties request that the October 22, 2015 status hearing be rescheduled to allow the parties time to finalize the settlement.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF                    ATTORNEYS FOR DEFENDANT

s/Francis R. Greene                                   s/Ronald G. DeWaard
Francis R. Greene                                     Ronald G. DeWaard

Daniel A. Edelman                                     Ronald G. DeWaard
Cathleen M. Combs                                    Varnum LLP
James O. Latturner                                    333 Bridge Street NW, 1700
Francis R. Greene                                     Grand Rapids, MI 49504
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 S. Clark Street, Suite 1500                        Lew Reuben Charles Bricker
Chicago, Illinois 60603                               Sandra J. Engelking

1

| | |
|---|---|
| (312) 739-4200 | Smith Amundsen LLC |
| (312) 419-0379 (FAX) | 150 North Michigan Ave., Suite 3300 |
| | Chicago, IL 60601 |

## **CERTIFICATE OF SERVICE**

    I, Francis R. Greene, hereby certify that on October 21, 2015, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

Ronald G. DeWaard
rgdewaard@varnumlaw.com

Lew Reuben Charles Bricker
lbricker@salawus.com

Sandra J. Engelking
sengelking@salawus.com

                                                  s/Francis R. Greene
                                                  Francis R. Greene