**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division**

Merrill Primack

                         Plaintiff,

v.                                         Case No.: 1:14−cv−09333
                                            Honorable Virginia M. Kendall

Santanna Natural Gas Corporation, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 21, 2015:

        MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to the notice of settlement, the status hearing set for 10/22/2015 is stricken and reset to 12/3/2015 at 09:00 AM for parties to finalize their settlement. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.