# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Merrill Primack

                         Plaintiff,

v.                                          Case No.: 1:14–cv–09333
                                                Honorable Virginia M. Kendall

Santanna Natural Gas Corporation, et al.

                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, December 2, 2015:

       MINUTE entry before the Honorable Virginia M. Kendall: Status hearing set for 12/3/2015 is stricken and reset to 1/4/2016 at 9:00 AM for the parties to finalize settlement.Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.