# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Merrill Primack

                                  Plaintiff,

v.                                                   Case No.: 1:14–cv–09333
                                                   Honorable Virginia M. Kendall

Santanna Natural Gas Corporation, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 31, 2015:

       MINUTE entry before the Honorable Virginia M. Kendall:The parties having settled this matter, pursuant to Fed. R. of Civil P. 41(a)(1), Plaintiff Merrill Primack hereby dismisses his claims, on an individual basis, against Defendant Santanna Natural Gas Corporation d/b/a Santanna Energy Services and John Does 1–10 without prejudice and without costs. Absent a timely motion to reinstate, the dismissal of Plaintiff'sindividual claims only, and not the claims of any putative class members, will become with prejudice on January 5, 2016. The claims of the putative class members are hereby dismissed without prejudice. Status hearing set for 1/4/2016 is stricken. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.